## DICKINSON V. THE STATE.

*Burglary.*

(Decided July 6, 1906.  41 So. Rep. 929.)

APPEAL from Walker Circuit Court.
Heard before Hon. A. H. ALSTON.
RAY & LEITH, for appellant.
MASSEY WILSON, Attorney General, for State.
Reversed and remanded.
Opinion per curiam.

---

## POINTER V. THE STATE.

*Burglary.*

(Decided June 30, 1906.  41 So. Rep. 942.)

APPEAL from Walker Law and Equity Court.
Heard before Hon. T. L. SOWELL.
RAY & LEITH, for appellant.
MASSEY WILSON, Attorney General, for State.
Reversed and remanded.
Opinion by DOWDELL, J.
WEAKLEY, C. J., and HARALSON and DENSON, JJ., concur.

---

## SPRINGFIELD, ET AL. V. HURLEY.

*Assumpsit.*

(Decided July 6, 1906.  41 So. Rep. 947.)

APPEAL from Cherokee Circuit Court.
Heard before Hon. JAMES A. BILBRO.
LEE, LEE & LEE, for appellant.
BURNETT, HOOD & MURPHEE, for appellee.
Affirmed.
Opinion by DENSON, J.
WEAKLEY, C. J., and HARALSON and SIMPSON, JJ.,